COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
Louisiana State Penitentiary DOC No. 424
DR CCR D-7
Angola LA 70712

**REHEARING ACTION: March 19, 2014**

**Docket Number: 13   01039-KH**

**STATE OF LOUISIANA
VERSUS
BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett
Hon. J. David Painter
Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent